# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0516. CHARLES DANIEL GEE v. THE STATE.**

This appeal was docketed on October 21, 2022. The appellant's brief and enumeration of errors were initially due to be filed no later than November 10, 2022. Court of Appeals Rules 22 (a) and 23 (a). On November 29, 2022, this Court granted the appellant an extension of time to file his brief until December 28, 2022. Appellant has not timely filed a brief and enumeration of errors, and he has not submitted a second request for an extension of time. Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/04/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.